UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK DAVID SEGELSTROM, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONSTAR MORTGAGE L.L.C., et al.,<br><br>    Defendants. | Case No.  14-cv-03961-JST<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: ECF No. 14 |

On its own motion, the Court hereby continues the Case Management Conference scheduled for January 14, 2015 at 2:00 P.M.  The Conference is rescheduled to March 18, 2015 at 2:00 P.M.  The parties shall submit a joint case management statement no later than March 6, 2015.

**IT IS SO ORDERED.**

Dated: January 7, 2015.

_____
JON S. TIGAR
United States District Judge