UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK DAVID SEGELSTROM, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>TFLG, et al.,<br><br>    Defendants. | Case No.  14-cv-03961-JST<br><br>**ORDER TO SHOW CAUSE WHY REMAINING DEFENDANTS SHOULD NOT BE DISMISSED PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(M)** |

This complaint in this case was filed on September 2, 2014. ECF No. 1. Defendant Nationstar, LLC appeared and filed a motion to dismiss, which the Court has granted. ECF No. 39. The remaining Defendants named in the complaint have not been served and have not appeared in this action. Federal Rule of Civil Procedure 4(m) instructs that "[i]f a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." More than 120 days have elapsed since the filing of the complaint.

Accordingly, good cause appearing, Plaintiffs are now ORDERED TO SHOW CAUSE why this action should not be dismissed as to all Defendants pursuant to Federal Rule of Civil Procedure 4(m). Plaintiff shall file a written response to this order by May 15, 2015. If Plaintiff fails to file a response, the action will be dismissed in its entirety.

IT IS SO ORDERED.

Dated: April 20, 2015

                                  JON S. TIGAR
                              United States District Judge