UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIK DAVID SEGELSTROM, et al.,

    Plaintiffs,

v.

TFLG, et al.,

    Defendants.

Case No. 14-cv-03961-JST

**ORDER DENYING REQUEST FOR INTERLOCUTORY APPEAL**

Re: ECF No. 49

    The Court has received the document filed May 15, 2015 titled "Notice of Interlocutory Appeal Pursuant to Title 28 US Code 1292." ECF No. 49. In the document, Plaintiffs purport to take interlocutory appeal of the Court's order of March 13, 2015, which granted Defendant Nationstar's motion to dismiss. ECF No. 39. To the extent that the document can be construed as a motion for certification of the Court's order for interlocutory appeal under 28 U.S.C. 1292(b), the motion is denied.

    The Court will not take any further action regarding this filing.

    IT IS SO ORDERED.

Dated: May 20, 2015

JON S. TIGAR
United States District Judge