UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK DAVID SEGELSTROM, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>TFLG, et al.,<br><br>    Defendants. | Case No. 14-cv-03961-JST<br><br>**ORDER DISMISSING REMAINING DEFENDANTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(M)**<br><br>Re: ECF No. 48 |

The Court previously issued an order to show cause why the remaining Defendants in this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m). ECF No. 48. The Court observed that, although more than 120 days had passed since the filing of the complaint, the remaining Defendants had not yet been served. Id. The Court ordered Plaintiffs to file a written response to the order to show cause by May 15, 2015. Id.

Plaintiffs have not filed any response to the Court's order.[1] The Court will therefore dismiss the remaining Defendants without prejudice. The clerk shall close the file.

IT IS SO ORDERED.

Dated: May 20, 2015

_____
JON S. TIGAR
United States District Judge

---

[1] On May 15, 2015, Plaintiffs filed a document titled "Notice of Interlocutory Appeal." ECF No. 49. That document concerns the Court's dismissal of Defendant Nationstar at ECF No. 39 and does not reference the unserved Defendants or the Court's order to show cause at ECF No. 48.